IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGELIQUE MORRISON,

    Plaintiff,                              No. CIV S-06-0182 DAD

    vs.

MICHAEL J. ASTRUE,                  <u>ORDER</u>
Commissioner of Social Security,

    Defendant.
_____/

        On March 28, 2007, this court granted defendant's cross-motion for summary judgment and affirmed the decision of the Commissioner. On appeal, the judgment entered in favor of the Commissioner was affirmed in part and reversed in part. The matter has been remanded for further proceedings consistent with the Ninth Circuit's determination that plaintiff's severe, solely non-exertional impairments would impose limitations on her ability to perform unskilled work and that "[t]he question whether there is any work that [plaintiff] can perform must be answered with the assistance of a vocational expert." (Mem. filed Jan. 9, 2009, in appellate case No. 07-15960, at 4.)

/////

/////

/////

1

IT IS ORDERED that:

1. The judgment of this court entered on March 28, 2007 is vacated;

2. The Clerk of the Court shall enter judgment for plaintiff pursuant to the mandate of the Court of Appeals for the Ninth Circuit filed in this court on March 6, 2009;

3. This matter is remanded to the Commissioner for further administrative proceedings consistent with the order of the Ninth Circuit filed January 9, 2009; and

4. The Clerk of the Court shall close this case.

DATED: March 9, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.socsec/morrison0182.rev.appeal