```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    ODELL GROOMS
 4  Special Assistant United States Attorney

 5      333 Market Street, Suite 1500
        San Francisco, California 94105
 6      Telephone: (415) 977-8936
        Facsimile: (415) 744-0134
 7      E-Mail: odell.grooms@ssa.gov

 8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANGELIQUE MORRISON,   )<br>   )<br>   Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>MICHAEL J. ASTRUE,   )<br>Commissioner of   )<br>Social Security,   )<br>   )<br>   Defendant.   )<br>_____ ) | CASE NO. 2:06-cv-00182-DAD<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA) AND WITHDRAWAL OF PLAINTIFF'S MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

IT IS, HEREBY, STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SEVEN THOUSAND FIVE HUNDRED dollars and 00 cents ($7,500.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action before the district and appellate courts, in accordance with 28 U.S.C. § 2412(d). Plaintiff, hereby, withdraws her previous Motion and Memorandum in Support of Motion for an Award of Attorney's Fees Under the Equal Access to Justice Act, filed with the court on June 8, 2009.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA.

1  Payment of SEVEN THOUSAND FIVE HUNDRED dollars and 00 cents ($7,500.00) in EAJA attorney
2  fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to
3  EAJA fees in connection with this action.  Any payment shall be made payable to Plaintiff's counsel as
4  Plaintiff's assignee and delivered to Plaintiff's counsel.
5       This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act
6  attorney fees under 42 U.S.C. § 406, subject to the provisions of the EAJA.

Respectfully submitted,

Dated: June 19, 2009

*/s/ Bess M. Brewer*
(As authorized via electronic mail and telephone)
BESS M. BREWER
Attorney for Plaintiff

Dated: June 19, 2009

LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Odell Grooms*
ODELL GROOMS
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED: June 22, 2009.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/morrison0182.stipord.attyfees